In the Matter of the Application of EUGENE P. CONNOLLY, Individually and as Secretary of the New York County Committee of the American Labor Party, Petitioner, Respondent, against S. HOWARD COHEN and Others, etc., Respondents, and HARRY GREENBERG and MORRIS NOVIK, Respondents, Appellants, for an Order Determining and Declaring Valid, etc., and SOLOMON S. GOLDSMITH and Others, Intervening Petitioners, Respondents.— Order affirmed, without costs. No opinion. Present — O'Malley, Glennon, Untermyer, Dore and Callahan, JJ.; Callahan, J., dissents and votes to reverse on the ground that the court had no jurisdiction to make the order appealed from under section 330 of the Election Law.— Settle order on notice. [173 Misc. 288.]

## (January 19, 1940.)

MANUFACTURERS TRUST COMPANY, as Successor Corporate Trustee, and Another, etc., Respondents, v. ABRAHAM MIDONICK and Others, Appellants, and HANNAH K. SCHWARTZ and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LASSER, Defendant, Impleaded with SAMUEL COHEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PSATY & FUHRMAN, INC., Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

COLU REALTY CORPORATION, Respondent, v. MAX SHNITMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MINNIE SMITH, Appellant, v. WALTER WINCHELL, THE NEW YORK DAILY MIRROR, INC., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY GREEN and ANTHONY GREEN, Respondents, v. HOME OWNERS' LOAN CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Untermyer, JJ.

In the Matter of Establishing and Proving the Last Will and Testament of SARAH TRACY CREIGHTON, Also Known as SARAH T. CREIGHTON, Deceased, as a Will of Real and Personal Property. MARY T. KELLER, Appellant; MISSIONARY SOCIETY OF ST. PAUL THE APOSTLE IN THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ANDREW COMER, Petitioner, for an Order against JOHN J. MCELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.